# IRWIN, LEWIN, COHN & LEWIN, P.C.
ATTORNEYS AT LAW
845 THIRD AVENUE
NEW YORK, NEW YORK 10022

(212) 759-2600
FAX (212) 593-1318

February 20, 2014

E. DAVID IRWIN
STEPHEN LEWIN
EDWARD COHN
JOHN LEWIN

JESSE COHN

All Brands LLC
20415 Highland Road
Baton Rouge, LA 70817

Attention: Mr. John M. Douthat, President

Re: **RNK, LLC Advertising Policy Agreement**

Dear Mr. Douthat,

We are corporate counsel to RNK, LLC of Knoxville, Tennessee.

Our client has provided us with copies of the agreements executed by All Brands LLC and RNK, LLC in 2007; among those agreements is one entitled RNK, LLC Advertising Policy Agreement.

Our client has also sent us copies of a number of emails which indicate that your company has violated this Agreement by selling Floriani branded products on E-Bay on at least three occasions over the past several years, despite warnings each time that such sales are in violation of the cited Agreement. Currently, material on your website, (http://www.allbrands.com/categories/1616), shows seven (7) specific violations of the Agreement regarding the minimum advertised prices of the following Floriani items: Image Maker; Lettering Pro; Borders and Frames; Auto Digitizing III; Monogram Master; Embroidery Suite; and Font Collections.

Though RNK has expressed an opinion to us that your company has been a valued customer, that fact notwithstanding, these violations have been and are very harmful to RNK's business. As a result, we are informing you that a decision has been made that if you do not immediately cure the current breach, or if after curing the current breach you again breach the Advertising Policy Agreement, (or any other agreement between RNK, LLC and All Brands LLC), RNK will terminate all agreements between it and your company.

Very truly yours,
IRWIN, LEWIN, COHN & LEWIN, P.C.

By: _____
E. DAVID IRWIN

EDI:hs
Via Federal Express

EXHIBIT C

# FedEx US Airbill (Sender's Copy)

FedEx Tracking Number: 8013 9335 9596

**1 From**
- Date: 2-20
- Sender's Name: E.J. IRWIN
- Sender's FedEx Account Number: [SENDER'S FED 1038-1074-4]
- Company: IRWIN LEWIN COHN & LEWIN
- Phone: (212) 759-2600
- Address: 845 3RD AVE RM 1400
- City: NEW YORK  State: NY  ZIP: 10022-6620

**2 Your Internal Billing Reference**

**3 To**
- Recipient's Name: JOHN H. DOUTHAT
- Company: ALL BRANDS LLC
- Address: 20415 HIGHLAND ROAD
- City: BATON ROUGE  State: LA  ZIP: 70817

0457495264

**4 Express Package Service**
- [X] FedEx Priority Overnight

**5 Packaging**
- [X] FedEx Envelope

**6 Special Handling and Delivery Signature Options**
- [X] No (does not contain dangerous goods)

**7 Payment** Bill to:
- [X] Sender

From ID No.: 0215

Case 3:14-cv-00413-PLR-CCS  Document 1-3  Filed 09/04/14  Page 2 of 2  PageID #: 15