# IRWIN, LEWIN, COHN & LEWIN, P.C.
ATTORNEYS AT LAW
845 THIRD AVENUE
NEW YORK, NEW YORK 10022

(212) 759-2600
FAX (212) 593-1318

August 21, 2014

E. DAVID IRWIN
STEPHEN LEWIN
EDWARD COHN
JOHN LEWIN

JESSE COHN

John Douthat, President
Allbrands, LLC
20415 Highland Road
Baton Rouge, LA 70817-7348

Re: **FLORIANI TRADEMARK**

Dear Mr. Douthat,

    We represent RNK, LLC, owner of the Floriani trademark registered at the United Stated Patent Office.

    On February 20, 2014, we sent you a letter regarding violations of the agreements between Allbrands and RNK, LLC, and we have been informed that Allbrands has not altered its policies to be in compliance with thsoe agreements. As a result, we are informing you that those agreements are hereby terminated.

    You and Allbrands are hereby notified that Allbrands no longer has any right to use the "Floriani" trademark in ay form, and Allbrands must immediately cease and desist from using the Floriani trademark by removing all iterations of the trademark from its website, from its retail locations and from any social media under the dominion or control of Allbrands.

    If Allbrands fails to comply with demands in this letter, we will take the necessary steps to protect our client's rights to the Floriani trademark without further warning.

Very truly yours,
IRWIN, LEWIN, COHN & LEWIN, P.C.

By: _____
E. DAVID IRWIN

EDI:hs
via: Federal Express

**EXHIBIT D**