Search for dime inspirations    in All Brands    sorted by Relevance    Search

Narrow down your search with our Advanced Search

**Related Categories:**

- DIME Inspirations and Designs In Machine Embroidery Great Notions CD's
- DIME Inspirations and Quilting Software, Applique, Stippling, Books from Designs In Machine Embroidery



**DIME Inspirations PEP Perfect Embroidery Professional Software (replaces Floriani Total Control+)**

**$2,999.00** Free Ground Shipping to the Contiguous USA

Bottom Line: New DIME Inspirations software will allow you to use any of your existing C2S file format embroidery designs. New Floriani software does not have that capability.



**DIME Inspirations PES Perfect Embroidery Suite Software (replaces Floriani Suite+)**

**$1,699.00** Free Ground Shipping to the Contiguous USA

Bottom Line: New DIME Inspirations software will allow you to use any of your existing C2S file format embroidery designs. New Floriani software does not have that capability.



**DIME Inspirations MQE My Quilt Embellisher Software (replaces Floriani My Decorative Quilter+)**

**$699.00** Free Ground Shipping to the Contiguous USA

Bottom Line: New DIME Inspirations software will allow you to use any of your existing C2S file format embroidery designs. New Floriani software does not have that capability.



**DIME Inspirations MBP My Block Piecer Quilting Software (rerplaces Floriani Piece Maker+)**

**$399.00** Free Ground Shipping to the Contiguous USA

Bottom Line: New DIME Inspirations software will allow you to use any of your existing C2S file format embroidery designs. New Floriani software does not have that capability.



**DIME Inspirations PSV Perfect Stitch Viewer Software, Embroidery File Icons (replaces Floriani Image Maker)**

**$79.00** Free Ground Shipping to the Contiguous USA

Bottom Line: New DIME Inspirations software will allow you to use any of your existing C2S file format embroidery designs. New Floriani software does not have that capability.



**DIME Inspirations Software Class, Tues, Oct 21 10am-3pm Sew Contempo Houston by Cindy Hogan**

**$24.99**
Seminar

Bottom Line: New DIME Inspirations software will allow you to use any of your existing C2S file format embroidery designs. New Floriani software does not have that capability.



**DIME Inspirations Software Class, Wed, Oct 22 10am-3pm, Baton Rouge Store by Cindy Hogan**

**$24.99**
Seminar

Bottom Line: New DIME Inspirations software will allow you to use any of your existing C2S file format embroidery designs. New Floriani software does not have that capability.



EXHIBIT E