

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Sep 3 03:20:57 EDT 2014

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___  OR  Jump to record: ___   **Record 1 out of 10**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# FLORIANI TOTAL CONTROL

| | |
|---|---|
| **Word Mark** | **FLORIANI** TOTAL CONTROL |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computer software for designing and creating embroidery designs |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86299745 |
| **Filing Date** | June 4, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) RNK, LLC LIMITED LIABILITY COMPANY TENNESSEE 60 So. Macquesten Pkwy. Mt. Vernon NEW YORK 10550 |
| **Attorney of Record** | Howard F. Mandelbaum |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**EXHIBIT F**

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Sep 3 03:20:57 EDT 2014

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ] [ PREV LIST ] [ CURR LIST ]
[ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At: [ ] OR [ Jump ] to record: [ ] **Record 2 out of 10**

[ TSDR ] [ ASSIGN Status ] [ TTAB Status ] *( Use the "Back" button of the Internet Browser to return to TESS)*

# FLORIANI CUT-ALL

| | |
|---|---|
| **Word Mark** | **FLORIANI** CUT-ALL |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: Cutting machines |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86116892 |
| **Filing Date** | November 12, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 1, 2014 |
| **Owner** | (APPLICANT) RNK, LLC LIMITED LIABILITY COMPANY TENNESSEE 60 So. Macquesten Pkwy. Mt. Vernon NEW YORK 10550 |
| **Attorney of Record** | Howard F Mandelbaum |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ TOP ] [ HELP ] [ PREV LIST ] [ CURR LIST ]
[ NEXT LIST ] [ FIRST DOC ] [ PREV DOC ] [ NEXT DOC ] [ LAST DOC ]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Sep 3 03:20:57 EDT 2014

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At: ____ OR Jump to record: ____ **Record 3 out of 10**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# FLORIANI

| | |
|---|---|
| **Word Mark** | **FLORIANI** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computer software for designing and creating embroidery designs. FIRST USE: 20071010. FIRST USE IN COMMERCE: 20071010 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86013634 |
| **Filing Date** | July 18, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 4, 2014 |
| **Registration Number** | 4532422 |
| **Registration Date** | May 20, 2014 |
| **Owner** | (REGISTRANT) RNK, LLC LIMITED LIABILITY COMPANY NEW YORK 60 So. Macquesten Pkwy. Mt. Vernon NEW YORK 10550 |
| **Attorney of Record** | Howard Mandelbaum |
| **Prior Registrations** | 3464742;3864563 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Sep 3 03:20:57 EDT 2014

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___ **Record 4 out of 10**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# FLORIANI

| | |
|---|---|
| **Word Mark** | **FLORIANI** |
| **Goods and Services** | IC 023. US 043. G & S: Embroidery thread, embroidery yarn. FIRST USE: 20050200. FIRST USE IN COMMERCE: 20050200 |
| | IC 024. US 042 050. G & S: Fabric backing material for embroidery. FIRST USE: 20040810. FIRST USE IN COMMERCE: 20040810 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85002980 |
| **Filing Date** | March 31, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 3, 2010 |
| **Registration Number** | 3864563 |
| **Registration Date** | October 19, 2010 |
| **Owner** | (REGISTRANT) RNK, LLC LIMITED LIABILITY COMPANY TENNESSEE 60 So. Macquesten Pkwy. Mt. Vernon NEW YORK 10550 |
| **Attorney of Record** | Howard F. Mandelbaum |
| **Prior Registrations** | 3464742 |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Sep 3 03:20:57 EDT 2014

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start  List At:  ____  OR  Jump  to record: ____   **Record 5 out of 10**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# VILLA FLORIANI

| | |
|---|---|
| **Word Mark** | VILLA FLORIANI |
| **Translations** | The English translation of "VILLA FLORIANI" in the mark is "HOUSE OF FLORIANI". The wording "FLORIANI" has no meaning in a foreign language. |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Cosmetics, namely, skin creams, cleaners, toners and masks. FIRST USE: 20000700. FIRST USE IN COMMERCE: 20000700 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77482171 |
| **Filing Date** | May 23, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 12, 2009 |
| **Registration Number** | 3659996 |
| **Registration Date** | July 28, 2009 |
| **Owner** | (REGISTRANT) Origin Italia SRL CORPORATION ITALY Via Gardellina, 9-36030 Caldogno ITALY |
| **Attorney of Record** | Peter C. Knops |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Sep 3 03:20:57 EDT 2014

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___  **Record 6 out of 10**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# FLORIANI

| | |
|---|---|
| **Word Mark** | **FLORIANI** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computer software for designing and creating embroidery designs. FIRST USE: 20071010. FIRST USE IN COMMERCE: 20071010 |
| | IC 023. US 043. G & S: embroidery thread, embroidery yarn. FIRST USE: 20050200. FIRST USE IN COMMERCE: 20050200 |
| | IC 024. US 042 050. G & S: fabric backing material for embroidery. FIRST USE: 20040810. FIRST USE IN COMMERCE: 20040810 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77255161 |
| **Filing Date** | August 14, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Date Amended to Current Register** | May 23, 2008 |
| **Registration Number** | 3464742 |
| **Registration Date** | July 8, 2008 |
| **Owner** | (REGISTRANT) RNK, LLC LIMITED LIABILITY COMPANY TENNESSEE 60 So. Macquesten Pkwy. Mt. Vernon NEW YORK 10550 |

| | |
|---|---|
| **Attorney of Record** | Howard F Mandelbaum |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |
| **Live/Dead Indicator** | LIVE |



|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY