# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, KNOXVILLE DIVISION

| | |
|---|---|
| **RNK, LLC,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | No. 3:14-CV-00413 |
| ) | |
| **ALLBRANDS, LLC,** ) | |
| ) | |
|     **Defendant.** ) | |

## NOTICE OF HEARING FOR A TEMPORARY RESTRAINING ORDER

TO:    AllBrands, LLC
        c/o John Douthat
        20415 Highlands Road
        Baton Rouge, Louisiana 70817
        *via email john.douthat@allbrands.com*
        *and process server*

    Please be advised that RNK, LLC will appear before the Honorable Pamela L. Reeves in the United States District Court for the Eastern District of Tennessee on September 9, 2014 at 9:30 a.m. in Courtroom 3C to request that a Temporary Restraining Order be issued in this action.

    This 5th day of September, 2014.

                                          s/ Kelli L. Thompson
                                          Kelli L. Thompson
                                          B.P.R. No. 13977
                                          Attorney for Plaintiff RNK, LLC

BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of September, 2014, a true and exact copy of the foregoing **Notice of Hearing for a Temporary Restraining Order** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by process server and email. Parties may access this filing through the Court's electronic filing system.

s/ Kelli L. Thompson
Kelli L. Thompson
