UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RNK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-413-PLR-CCS |
| | ) | |
| ALLBRANDS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion for Expedited Discovery [Doc. 8]. In its motion, Plaintiff moves the Court to permit it to serve discovery on the Defendant prior to a Rule 26(f) conference taking place and further moves the Court to require that the Defendant respond within seven days. In support of its request, Plaintiff submits that it "obtained a TRO requiring" that Defendant refrain from certain behavior.

The Plaintiff has not cited the Court to any temporary restraining order that has been entered in the record, and the undersigned's own review of the record indicates that no such order has been entered in this case. Moreover, the minute entry from the hearing on Plaintiff's request for a temporary restraining order does not memorialize the entry or expected entry of any such order. The undersigned has conferred with the chambers of the presiding District Judge, and the chambers of the District Judge confirmed that no such order was entered.

Based upon the foregoing, the Court finds that the Motion for Expedited Discovery **[Doc. 8]** is not well-taken, and it is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge